UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | ED 17-CV-01824-RGK (RAO) | Date: | June 27, 2018 |
| Title: | Aaron Raiser v. City of Murrieta, et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE**

This action was filed on September 8, 2017 by Plaintiff Aaron Raiser ("Plaintiff") against Defendants City of Murrieta and Michael Gacob. Dkt. No. 1. On that same date, the Court issued summons for Defendant City and Defendant Gacob. Dkt. Nos. 2, 3. Plaintiff did not file a proof of service. Defendant City filed a motion to dismiss on October 4, 2017. Dkt. No. 10.

Plaintiff then filed a First Amended Complaint ("FAC") on October 25, 2017. Dkt No. 15. The FAC included a Proof/Certificate of Service stating that service was made upon Mr. Allen Christiansen, who has appeared as counsel for Defendant City. *Id.* Defendant City moved to dismiss the FAC on November 8, 2017. Dkt No. 18.

To date, Plaintiff has not filed any proof of service with respect to Defendant Gacob, and Defendant Gacob has not appeared in this action.

The Court, on its own motion, orders Plaintiff to show cause in writing, no later than **July 5, 2018**, why this action should not be dismissed for lack of prosecution and for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure with respect to Defendant Gacob. Plaintiff's response shall be no longer than 5 pages in length, inclusive of declarations and exhibits. Failure to file a timely response to this Order may result in dismissal of the action. If Plaintiff does not intend to proceed with this action against Defendant Gacob, Plaintiff may voluntarily dismiss him pursuant to Federal Rule of Civil Procedure 41(a) by filing form CV-009, which can be found on the Central District of California's webpage.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | dl |